FILED
07 MAR 12 AM 8:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                    PDC           DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06CR1636-BEN |
| Plaintiff, ) | |
| v. ) | ORDER |
| ROMUALDO CARO, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Government may file its Response and Opposition to Defendant's Request for departures in the above entitled case on *****.

DATED: 3/06/07

Hon. Roger T. Benitez
United States District Judge